**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff/Respondent, ) | No. 2:99-CV-01591-PHX-RCB |
| ) | No. 2:95-CR-00320-PHX-RCB |
| vs. ) | O R D E R |
| ) | |
| Castulo Soto-Valdez, ) | |
| ) | |
| Defendant/Petitioner. ) | |

Petitioner Castulo Soto-Valdez has filed a Motion for Relief from Judgment under Fed. R. Civ. P. 60(b)(6) (Doc. 1). The court will require a response.

IT IS HEREBY ORDERED:

(1) The parties and the Clerk of the Court shall file all documents related to this matter in the civil case;

(2) The United States Attorney for the District of Arizona has sixty (60) days from the date of this Order to file and serve a response to this motion.

(3) Petitioner may file a reply within thirty (30) days from the date of service of the response;

(4) This matter is referred to Magistrate Judge Lawrence O.

Anderson pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

DATED this 6th day of May, 2011.

*(signature)*
Robert C. Broomfield
Senior United States District Judge

Copies to plaintiff *pro se* and counsel of record