1   WO

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

9

10

11

12   United States of America,      )
                                     )
13         Plaintiff/Respondent      )      No. CV-99-1591-PHX-RCB(LOA)
                                     )
14              vs.                  )             O R D E R
                                     )
15   Castulo Soto-Valdez,            )
                                     )
16         Defendant/Movant.         )
     _____)

17

18        On February 17, 2012, Magistrate Judge Lawrence O.

19   Anderson, issued a Report and Recommendation ("R & R")

20   recommending denial of the "Motion for Relief from Judgment

21   Under Rule 60(b)(6)" filed by movant *pro se* Castulo Soto-Valdez.

22   R & R (Doc. 12) at 1:16.  The movant timely filed objections.

23   Thereafter, on July 16, 2012, the movant filed a "Motion to

24   Supplement Pending Motion Under Rule 60(b)(6) with Recent

25   Circuit Law" (Doc. 14) (emphasis omitted).  More specifically,

26   the movant is seeking to supplement his pending motion for

27   relief under Fed.R.Civ.P. 60(b)(6), and have this court consider

28   the Ninth Circuit Court of Appeals' recent decision in Mackey

v. Hoffman, 682 F.3d 1247 (9th Cir. June 25, 2012).  Movant further claims, as he has previously, see Mot. (Doc. 11), that the Supreme Court's January 18, 2012, decision in Maples v. Thomas, ___ U.S. ___, 132 S.Ct. 912, 181 L.Ed.2d 807 (2012), also supports his motion for Rule 60(b)(6) relief.  See Mot. (Doc. 14) at 1-2.  Lastly, movant cites to another recent Supreme Court decision, decided after the issuance of the R & R herein, Martinez v. Ryan, ___ U.S. ___, 132 S.Ct. 1309, 182 L.Ed.2d 272 (March 20, 2012), as supporting his claimed entitlement to relief under Rule 60(b)(6).

In light of the foregoing,

**IT IS HEREBY ORDERED** that:

(1) respondent, the United States of America, **shall** file a response to movant's Motion to Supplement (Doc. 14), addressing the recently decided cases referenced therein and there applicability, if any, to the issues presently before the court in movant's motion for relief under Fed.R.Civ.P. 60(b)(6);

(2) respondent's response **shall be filed no later than fifteen (15) days** from the date of entry of this order; and

(3) movant's reply, if any, **shall be filed no later than ten (10) days** from the date of entry and service of the response.

DATED this __27th__ day of July, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and defendant/movant *pro se*

- 2 -